2s

| Date | Pleading Number | |
|---|---|---|
| 12/15/72 | 1. | MARSHALL & MEYERS (Plaintiffs) motion for consolidation of six actions pending in five different districts to the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 w/cert of service. |
| 12/27/72 | | MARSHALL & MEYERS (Plaintiffs) Suppl. service notice -- served on W.D. Pennsylvnaia Clerk's Office. |
| 12/29/72 | 2. | PLTF. ANDERSON, ET AL.  Response to Motion w/cert. of service. |
| 1/2/73 | 3. | PLTF. DIONE -- Response to motion w/cert. of service |
| 1/2/73 | 4. | MARSHALL & MEYERS -- Amendment to motion deleting case of Lesinski v. Holiday Magic., No. C-72-1498-RHS, N.D. Cal. |
| 1/2/73 | 5. | HOLIDAY MAGIC, IN., Response of and Cross motion for transfer to N.D., California |
| 1/2/73 | 6. | PLTFS. JEANNETTE & FRED D. McKISSACK., Response & Memorandum of Law |
| 1/3/73 n | 7. | PLAINTIFF GONZALEZ response to motion, brief, cert. of service. |
| 1/3/73 | | HEARING ORDER - Setting A-1 through A-6, Los Angeles, Calif. Jan. 26, 1973 - N Notified counsel. involved judges. |
| ~~1/1/73~~ | ~~8~~ | ~~MOVANTS (MARSHALL & MEYERS) amendment to motion to delete one action~~ |
| 1/9/73 | 9 | ~~Plaintiffs Anderson response to cross motion of Holiday Magic w/certificate of service~~ |
| 1/11/73 | 8 | GONZALEZ response to ~~motion w/cert of service.~~ cross-motion of Holiday Magic w/cert. of service. |
| 1/12/73 n | 9 | ANDERSON, ET AL.  response to cross-motion of defendants w/cert of service. |
| 1/22/73 | 10 | MCKISSACK, ET AL.  ANSWER TO THE RESPONSE OF GONZALES TO Cross-motion w/cert. of service |
| 1/24/73 | 11 | DORY POPA response to motion w/cert of service. AND PERRY MARSHALL |
| 1/24/73 | 12 | GREATER PITTSBURGH COUNCIL OF HOLIDAY MAGIC response to motion w/cert. of service |
| 1/26/73 | 12A | FILED IN OPEN COURT Affidavit of Theodore M. Mann, Affidavit of Harold Lipska Affidavit of Dale Collins w/cert. of service. |
| 4/6/73 | | CHEF JUDGE CARTER's consent for JUDGE BURKE to handle litigation pursuant to 28 U.S.C. §1407 in the N.D. Calif. |
| 4/6/73 | | ORDER - Consolidating A-1 through A-6 in the N.D. California for assignment to Judge Burke pursuant to 28 U.S.C. §1407 Distribution made. |
| 9/14/73 | | Lovely Lady Cosmetics, Inc. v. Holiday Magic, Inc. E.D. Wisc., 73-C-275 Leonard Fredrick v. Holiday Magic, Inc., et al., S.D.N.Y. 73 Civ. 1411 Loretta Bohaty v. Holiday Magic, Inc., et al., N.D. Ill, 73C2031 CTOs entered today.  Notified counsel, involved judges |
| 10-1/73 | | LOVELY LADY COSMETICS, INC. V. HOLIDAY MAGIC, INC., E.D. Wisconsin Civil Action No. 73C275 - CTO final today.  Notified transferee clerk, judges, transfeor clerk and judge |
| 10/1/73 | | LEONARD FREDRICK V. HOLIDAY MAGIC, INC., S.D.N.Y. 73 Civ 1411 Notice of opposition filed by plaintiffs |
| 10/1/73 | | LORETTA BOHATY V. HOLIDAY MAGIC, INC., ET AL., N.D.ILL, 73C2031 Notice of opposition filed by plaintiffs |
| 10/1/73 | | ORDER - staying Bohaty and Frederick conditional transfer orders Notified involved judges, and counsel |

3

| Date | Pleading Number | |
|------|------|------|
| 10/16/73 | 13 | Leonard Fredrick brief in support of motion to vacate CTO |
| 10/18/73 | | Loretta Bohaty (N.D. Ill 73C2031) plt. request to file late - GRANTED |
| 10-24-73 | 14 | LORETTA BOHATY V. HOLIDAY MAGIC, N.D.ILL, 73C2031 |
| | | Plaintiffs Brief filed today |
| 10-24-73 | 15 | LORETTA BOHATY V. HOLIDAY MAGIC, N.D.ILL 73C2031 |
| | | Plaintiffs Motion to vacate filed today, certificate of service |
| 11/5/73 | 16 | FREDRICK v. HOLIDAY MAGIC, INC., N.D. ILL., NO. 73 C 2031 |
| | | Opposition to motion to vacate CTO by Holiday Magic, Inc.w/cert. serv. |
| 11/7/73 | | FREDRICK V. HOLIDAY MAGIC, INC., ET AL., S.D.N.Y., 73 Civ. 1411 |
| | | BOHATY V. HOLIDAY MAGIC, INC., ET AL., N.D.ILL, 73 C 2031 |
| | | HEARING ORDER - Set for Wash, D.C., November 30, 1973 |
| | | Notified service counsel, involved judges |
| 11/21/73 | | FREDRICK V. HOLIDAY MAGIC, INC., ET AL., N.Y.,S.D.N.Y. 73 Civ. 1411 |
| | | Counsel for defendants ltr. stating no oral argument desired |
| | | in action - matter to be submitted on briefs. |
| 11/26/73 | | FREDRICK V. HOLIDAY MAGIC, INC., ET AL., S.D.N.Y., 73 Civ. 1411 |
| | | Counsel for plaintiffs ltr. waiving oral argument at 11/30 hearing |
| 11/26/73 | | BOHATY V. HOLIDAY MAGIC, INC., ET AL., N.D.ILL, 73C2031 |
| | | Counsel for defendants waiving oral argument at 11/30 hearing |
| 11/28/73 | 17 | BOHATY v. HOLIDAY MAGIC, N.D.ILL, 73C2031 |
| | | Holiday Magic response to motion to vacate CTO |
| 12/10/73 | | WARD V. HOLIDAY MAGIC, INC., ET AL., N.D.ILL, 73C2523 |
| | | OSC and Hearing Order entered today. Set for Feb. 7, 1974 |
| | | Atlanta, Georgia  Notified counsel, involved judges. |
| 12/26/73 | | WARD V. HOLIDAY MAGIC, INC., ET AL., N.D.ILL 73C2523 |
| | | Plaintiffs request for extension to respond to Order to show cause |
| | | ORDER extending to plaintiff Jan. 10, 1974 to file and serve response |
| 12/27/73 | | OPINION AND ORDER filed today  elaborating order of April 6, 1973 |
| | | Distribution made to all recipients, publishers, and judges. |
| 12/27/73 | | JAMES WARD V. HOLIDAY MAGIC, N.D.ILL 73C2523 |
| | | TAYLOR, HAMMERMAN, TRIPP, STOPELLO, FAUST, WINOKUR, SCHOENBERG |
| | | & TAYLOR request for extension to file and serve response |
| | | to order to show cause |
| | | ORDER extending to defendantis Jan. 10, 1974 to file and serve response |
| 12/28/73 | 18 | Holiday Magic response to order to show cause w/cert. of service |
| 1/7/74 | | DOROTHY VON BEROLDINGEN request for extension of time to 1/15/74 |
| | | to file and serve response to (Ward) Order to show Cause - GRANTED |
| 1/9/74 | 19 | TAYLOR, WINOKUR & SCHOENBERG, SAMUEL TAYLOR, ROBERT M. WINOKUR, |
| | | BERNARD SCHOENBERG, ROBERT M. HAMMERMAN, MINOT W. TRIPP., JR., |
| | | JAMES W. STOPELLO LELAND H. FAUST, response to OSC w/cert. of service |
| 1/14/74 | | Plaintiffs request for extension to 1/15/74 to file and serve |
| | | response to OSC - GRAnTED  (Ward) |
| 1/14/74 | 20 | Plaintiff Ward response to show cause order w/cert. of service |
| 1/14/74 | 21 | Dorothy Von Beroldingen response to show cause order w/cert. of service |
| 1/16/74 | | TERESA THOMAS, ET AL. V. HOLIDAY MAGIC, INC., ET AL. |
| | | D. Puerto Rico, Civil Action No. 347-73 |
| | | SCO entered today. Notified counsel, involved judge |
| 1/21/74 | 21A | DOROTHY VON BEROLDINGEN reply brief to responses filed to Ward |
| | | OSC w/cert. of service |
| 1/22/74 | | HOLIDAY MAGIC request for extension of time - GRANTED until 1/25/74 |
| | | Re:  Ward Action |
| 1/25/74 | | WARD V. HOLIDAY MAGIC, N. D. ILL, 73 C 2325 |
| | 22 | HOLIDAY MAGIC response to Motion to Vacate CTO x Order to Show Cause |
| 1/28/74 | 23 | HERBERT W. YANOWITZ. response to (WARD) SCO w/cert of service) |

4

D. C. 110 Rev. Civil Docket **Continuation**

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|------|-------------|------------------------------|
| 1/31/74 | (24) Thomas v. Holiday Magic, Inc., et al., D. P.R., 347-73 Holiday Magic response to SCO w/cert. of service. | |
| 2/11/74 | (25) THOMAS V. HOLIDAY MAGIC, INC., ET AL., D. P.R., 347-73 Response of pltf. to SCO -- no service for economic reasons. | |
| 2/19/74 | X DONALD BRIDGEMAN V. HOLIDAY MAGIC, D.D.C., CA 5973-73 SO SCO entered today. Notified counsel, involved judges | |
| 2/20/74 | Letter from counsel for Dorothy Von Beroldinger and counsel for various independent defendants (Richard Valentine, Esq.) on recent developments in litigation | |
| 2/26/74 | TERESA THOMAS V. HOLIDAY MAGIC, D.P.R., 347-73 BRIDGAMEN V. HOLIDAY MAGIC, D.D.C. 5973-2x 73 HEARING ORDER entered today. Setting for March 22, 1974 Denver, Colorado | |
| 3/7/74 | (26) BRIDGMEN V. HOLIDAY MAGIC, D.D.C. 5973-73 Plaintiff response to SCO w/cert. of service | |
| 3/11/74 | (27) Bridgemen v. Holiday Magic, D.D.C., 5973-73 Defendant Holiday Magic response to SCO w/cert. of service | |
| 3/18/74 | (28) Ward v. Holiday Magic, N.D. Ill, No. 73C 2523 Plaintiff additional response (letter) w/ SEC complaint attached | |
| 3/18/74 | Loretta Bohaty v. Holiday Magic, Inc., et al., N.D.Ill., 73C2031 Leonard Fredrick v. Holiday Magic, Inc., et al., S.D.N.Y. 73 Civ. 1411 OPINION AND ORDER transferring actions to the N. D. California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 | |
| 3/26/74 | (29) Ward v. Holiday Magic, N.D. Ill, 73C 2523 Letter from Liaison counsel for litigation plaintiffs stating certain recent developments | |
| 4/29/74 | WARD V. HOLIDAY MAGIS, N.D.ILL, 73C2523 THOMAS V. HOLIDAY MAGIC, D. PUERTO RICO, 347-73 BRIDGEMAN V. HOLIDAY MAGIC, D.C., 5973-73 ORDER entered transferring actions to the N.D.Calif. for assignment to Judge Burke for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Notified counsel, involved clerks and judges. | |
| 5/13/74 | WARD V.HOLIDAY MAGIC,N.D.ILL, 73C2523 THOMAS V. HOLIDAY MAGIC, D. PUERTO RICO, 347-73 BRIDGEMAN V. HOLIDAY MAGIC, D.C. 5973-73 OPINION AND ORDER entered today. Notified transferee clerk, judge: transferor clerks, transferor judges, counsel, publishers and Panel judges. | |
| 5/17/74 | BRIDGEMAN, ET AL. V. HOLIDAY MAGIC, D. D,C., C.A.No. 73-2233 ORXXXX CORRECTION ORDER correcting civil action no to reflect 73-2233 in the Opinion and Order entered on May 13, 1974 | |
| 7/11/74 | DONALD MANIGAULT V. MIND DYNAMICS, S.D.N.Y., 74 Civ. 899 Show Cause Order entered today. Notified counsel, involved judges. | |
| 7/24/74 | DONALD MANIGAULT V. MIND DYNAMICS, S.D.N.Y., 74 Civ. 899 Plaintiff request for extension of time to file response to SCO ORDER - extending to all parties August 19, 1974 to file and serve response. Notified counsel | |
| 7/26/74 | (30) U. S. UNIVERSAL response to show cause order w/cert. of service | |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p._____

DOCKET NO. 124 --  In re Holiday Magic Antitrust Litigation

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 80/12/30 | 39 | MOTION/BRIEF/CERT OF SVC. -- Lead Counsel for Plaintiffs for remand of the following actions to the transferor courts:  (See Below) (See Also MDL-151) MDL-124/B-2 -- Frederick; 124/B-7 -- Manigault; 124/B-9 -- Behring; 124/B-3 Bohaty; 124/A-6 Marshall; 151/B-1 -- Jossie; and A-3 -- Anderson* *A-3 Anderson transferred to Cal.,N. under 28 U.S.C. 1404 This entry also crossed referenced in MDL-151 |
| 81/01/06 | | ORDER DISMISSING CERTAIN ACTIONS WITH PREJUDICE -- Filed in N.D. California on Dec. 5, 1980, Signed by Judge Burke -- INCLUDED WITHIN THIS ORDER WAS A SUGGESTION FOR REMAND OF A-6, B-2, B-3, B-7 and B-9  (cds) |
| 81/01/06 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-6 Frank I. Marshall, et al; B-2 Leonard Fredrick; B-3 Loretta Bohaty B-7 Donald Manigault and B-9 Mel Behring, et al. -- NOTIFIED INVOLVED COUNSEL (cds) |
| 81/01/26 | | CONDITIONAL REMAND ORDERS FINAL TODAY -- A-6 Frank I. Marshall, et al; B-2 Leonard Fredrick; B-3 Loretta Bohaty B-7 Donald Manigault and B-9 Mel Behring, et al. -- NOTIFIED INVOLVED JUDGE AND CLERKS (cds) |
| 81/01/23 | | HEARING ORDER -- Setting Motion to Remand A-3 Anderson for Panel Hearing on Feb. 26, 1981 in San Antonio, Texas (cs) |
| 81/02/09 | 40 | LETTER regarding A-3 Anderson v. Holiday Magic, Inc., N.D.Cal., C73-0225-RFP (D.Minn., 4-72-285) -- Plaintiff, dated 2/4/81.      (ea) |
| 81/02/17 | 40 | LETTER/RESPONSE AND WAIVER OF 2/26/81 HEARING -- pltf. Anderson.  (ds) |
| 81/02/24 | | **WAIVER OF ORAL ARGUMENT -- All counsel appears to have waived oral argument.  (ds)** |
| 81/03/06 | | ORDER DENYING REMAND (A-3) Anderson -- case was transferred to transferee district under Section 1404(a) therefore Panel cannot remand -- NOTIFIED INVOLVED JUDGE, CLERKS AND COUNSEL  (cds) |

4

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1/31/74 | (24) Thomas v. Holiday Magic, Inc., et al., D. P.R., 347-73 | |
| | Holiday Magic response to SCO w/cert. of service. | |
| 2/11/74 | (25) THOMAS V. HOLIDAY MAGIC, INC., ET AL., D. P.R., 347-73 | |
| | Response of pltf. to SCO -- no service for economic reasons. | |
| 2/19/74 | A DONALD BRIDGEMAN V. HOLIDAY MAGIC, D.D.C., CA 5973-73 | |
| | SO SCO entered today. Notified counsel, involved judges | |
| 2/20/74 | Letter from counsel for Dorothy Von Beroldinger and counsel for various | |
| | independent defendants (Richard Valentine, Esq.) on recent developments | |
| | in litigation | |
| 2/26/74 | TERESA THOMAS V. HOLIDAY MAGIC, D. P.R., 347-73 | |
| | BRIDGAMEN V. HOLIDAY MAGIC, D.D.C. 5973-2x 73 | |
| | HEARING ORDER entered today. Setting for March 22, 1974 | |
| | Denver, Colorado | |
| 3/7/74 | (26) BRIDGMEN V. HOLIDAY MAGIC, D.D.C. 5973-73 | |
| | Plaintiff response to SCO w/cert. of service | |
| 3/11/74 | (27) Bridgemen v. Holiday Magic, D.D.C., 5973-73 | |
| | Defendant Holiday Magic response to SCO w/cert. of service | |
| 3/18/74 | (28) Ward v. Holiday Magic, N.D. Ill, No. 73C 2523 | |
| | Plaintiff additional response (letter) w/ SEC complaint | |
| | attached | |
| 3/18/74 | Loretta Bohaty v. Holiday Magic, Inc., et al., N.D.Ill, 73C2031 | |
| | Leonard Fredrick v. Holiday Magic, Inc., et al., S.D.N.Y. 73 Civ. 1411 | |
| | OPINION AND ORDER transferring actions to the N. D. California | |
| | for coordinated or consolidated pretrial proceedings pursuant | |
| | to 28 U.S.C. §1407. | |
| 3/26/74 | (29) Ward v. Holiday Magic, N.D. Ill, 73C 2523 | |
| | Letter from Liaison counsel for litigation plaintiffs stating | |
| | certain recent developments | |
| 4/29/74 | WARD V. HOLIDAY MAGIS, N.D.ILL, 73C2523 | |
| | THOMAS V. HOLIDAY MAGIC, D. PUERTO RICO, 347-73 | |
| | BRIDGEMAN V. HOLIDAY MAGIC, D.C., 5973-73 | |
| | ORDER entered transferring actions to the N.D.Calif. for assignment | |
| | to Judge Burke for coordinated or consolidated pretrial proceedings | |
| | pursuant to 28 U.S.C. §1407. Notified counsel, involved clerks | |
| | and judges. | |
| 5/13/74 | WARD V.HOLIDAY MAGIC,N.D.ILL, 73C2523 | |
| | THOMAS V. HOLIDAY MAGIC, D. PUERTO RICO, 347-73 | |
| | BRIDGEMAN V. HOLIDAY MAGIC, D.C. 5973-73 | |
| | OPINION AND ORDER entered today. Notified transferee clerk, judges, | |
| | transferor clerks, transferor judges, counsel, publishers and | |
| | Panel judges. | |
| 5/17/74 | BRIDGEMAN, ET AL. V. HOLIDAY MAGIC, D. D,C., C.A.No. 73-2233 | |
| | ORXXXO CORRECTION ORDER correcting civil action no to reflect 73-2233 | |
| | in the Opinion and Order entered on May 13, 1974 | |
| 7/11/74 | DONALD MANIGAULT V. MIND DYNAMICS, S.D.N.Y., 74 Civ. 899 | |
| | Show Cause Order entered today. Notified counsel, involved judges. | |
| 7/24/74 | DONALD MANIGAULT V. MIND DYNAMICS, S.D.N.Y. 74 Civ. 899 | |
| | Plaintiff request for extension of time to file response to SCO | |
| | ORDER - extending to all parties August 19, 1974 to file and serve | |
| | response. Notified counsel | |
| 7/26/74 | (30) U. S. UNIVERSAL response to show cause order w/cert. of service | |



| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5/19/74 | 31 DONALD MANIGAULT response to show cause order w/cert. of service | |
| 8/30/74 | HEARING ORDER -- Marigault action for hearing on Sep. 27, Boston, Mass. | |
| 9/6/74 | 32 REPLY BRIEF -- U. S. UNIVERSAL, INC. w/ cert. of service to response filed by plaintiff Manigault | |
| 9/18/74 | 33 Letter from Defense Counsel stating matter could be set forth on the briefs at hearing scheduled for Sep. 27 , 1974 | |
| 12/2/74 | MANIGAULT V. MIND DYNAMICS, S.D.N.Y. 74 Civ. 899 OPINION AND ORDER transferring action to N.D.CALIF. for coordinated or consolidated pretrial proceedings. | |
| 1/16/74 | RICHARD A. MARTIN, ET AL. V. HOLIDAY MAGIC, INC., W.D.Mo., 74CV601-W-1 CTO filed today.  Notified counsel, involved judges | |
| 2/3/75 | RICHARD A. MARTIN, ET AL. V. HOLIDAY MAGIC, INC., W.D.MO. 74CV601-W-1 CTO final today.  Notified transferee clerk, judge, involved clerk and judge | |
| 2/7/75 | MEL BEHRING, ET AL. V.HOLIDAY MAGIC BRAZIL, N.D.TEXAS, CA-3-74-973-D CTO filed today.  Notified counsel, involved judges. | |
| 2/24/75 | MEL BEHRING, ET AL. V. HOLIDAY MAGIC BRAZIL, N.D.TEXAS, CA-3-74-973-D CTO final today.  Notified transferee clerk, judge, transferor clerk, judge | |
| 11/19/76 | B-4 JAMES J. WARD V. HOLIDAY MAGIC, INC., ET AL., N.D.CAL, C74-1067 (34) MOTION AND BRIEF TO REMAND (B-4) TO THE NORTHERN DISTRICT OF ILLINOIS w/ BRIEF, EXHIBITS   AND CERT. OF SERVICE   James J. Ward | |
| 11/29/76 | REQUEST FOR EXTENSION -- DEFENDANT VON BEROLDINGEN -- GRANTED TO Jan. 4, 1977 | |
| 12/3/76 | REQUEST FOR EXTENSION -- DEFT JOHN T. CARR-- GRANTED TO Jan. 4, 1977 | |
| 12/13/76 | REQUEST FOR EXTENSION -- DEFENDANTA TAYLOR, WINOKUR & SCHOENBERG -- GRANTED TO Jan. 4, 1977. | |
| 12/21/76 | HEARING ORDER -- Setting B-4 Ward v. Holiday Magic, N.D. Cal., C74-1067 For Hearing, January 28, 1977, Miami, Florida | |
| 1/4/77 | (35) B-4 WARD V. HOLIDAY MAGIC, INC., ET AL., N.D. CA., C-74-1067-LHB RESPONSE -- DOROTHY VON BEROLDINGEN w/cert. of service | |
| 1/4/77 | (36) B-4 RESPONSE -- Taylor, Winokur and Schoenberg w/cert. of service | |
| 1/11/77 | TELEGRAM -- JOHN CARR -- adoptin response No. 35 | |
| 1/13/77 | (37)  REPLY BRIEF -- James J. Ward, Plaintiff -- w/cert. of service. | |
| 1/17/77 | (38) RESPONSE -- The Settling Class w/cert. of svc. | |
| 6/10/77 | LETTERS -- Counsel for Ward Plaintiffs GEORGE F. GALLAND, JR., ESQ. dated June 3, 1977 and Counsel for George F. Galland Jr. by Tower C. Snow, Jr., Esq. dated June 7, 1977 | |
| 7/6/77 | OPINION AND ORDER FILED TODAY -- (B-4) James J. Ward v. Holiday Magic Inc., et al. C.A. No. 73C2523, N.D. ILL. -- REMAND DENIED | |

OPINION AND ORDER OF ~~APPENDIX~~

DOCKET NO. 124 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OPINION AND ORDER OF MAR. 18, 1974 *372* F. SUPP. *1167* *J&O Re May 13, 1974 = 375 F. Supp. 1400*

*D&O Dec 2, 1974 384 F.Supp 1403* Description of Litigation

IN RE HOLIDAY MAGIC & SECURITIES & ANTITRUST LITIGATION *O&O 7/6/77     433 F. Supp 1125*

Summary of Panel Action

Date(s) of Hearing(s) *1/26/73  9/27/74*

Date(s) of Opinion(s) or Order(s) *mo 4/6/73* *O+O 12/27/73. 368 F. Supp 806.*

Consolidation Ordered ✓     Name of Transferee Judge *Lloyd H. Burke*

Consolidation Denied ___     Transferee District *N.D. Calif.* (971)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | *Emmett etc* McKissack v. Holiday Magic, Inc. | N.D.Cal. | C-72-1992-LHB | | | *12/5/80 D* | |
| A-2 | Lesinski v. ~~Holiday Magic,~~ Inc. | N.D.Cal. | C-72-1498-RHS | — — — — — *DELETED FROM MOTION BY MOVANT* | | | |
| A-3 | *Larry G* Anderson v. Holiday Magic, Inc. | Minn. *N.D.Cal* | 4-72 Civ. 285 *C-73-0225-RFP* | — — — — *TRANSFERRED TO NO CALIF UNDER 1404(a) ON 2/6/73 — J. Neville* | | *2-4/81 D* | |
| A-4 | *Julius C.?* Gonzalez v. Holiday Magic, Inc. | S.D.N.Y. | 72 Civ. 3838 | *4/6/73* | *C 73* | *12/5/80 D* | *4/6/73* |
| A-5 | *Dionne* Dione v. Holiday Magic, Inc. | E.D.N.Y. | 72 Civ. 1331 | *4/6/73* | *73-576* | *12/5/80 D* | |
| A-6 | *My W.S* Marshall v. Holiday Magic, Inc. | W.D. Pa. | 72-899 | *4/6/73* | *C-73-637* | *1/26/81 R* | |
| XYZ-1 | Susan Shillabeer v. Holiday Magic, et al. | N. Cal | 73-0520-LHB | | | *6/25/73* | |
| XYZ-2 | Lawrence Sizar, et al. v. Holiday Magic, et al. | N.CAL. | 73-0581-LHB | | | *1/14/81 Dism.* | |
| XYZ-3 | Reuben Smith v. Ameriprise, Inc. | N.Cal | 73-0749-LHB | | | *12/5/80 D* | *6* |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-4 | SEC v. Holiday Magic, Inc. | N.D.Ca. LHB | C-73-1095- | NTN | | 2/6/81 D | |
| B-1 | Lovely Lady Cosmetics, Inc. v. Holiday Magic, Inc. 9/14/73 | E.D. Wisc | 73C-275 | 10-1/73 | 73-1820 | 12/5/80 D | |
| B-2 | Leonard Fredrick, v. Holiday Magic, et al. 9/14/73 OPPOSED | S.D.N.Y. Ward | 73 Civ. 1411 | 3/8/74 | C-74-743 | 1/26/81 R | |
| B-3 | Loretta Bohaty v. Holiday Magic, Inc., et al. 9/15/73 OPPOSED | N.D.Ill Lynch. | 73C2031 | 3/8/74 | 74-693 | 1/24/81 R | |
| B-4 | James J. Ward v. Holiday Magic, Inc., et al. HG-2/7 | N.D. Ill | 73C 2523 | 4/29/74 | 74-1067 | 3/5/80 D | OSC 12/10 |
| B-5 | Teresa Thomas, et al. v. Holiday Magic, et al. HG-3/22 | D. P. R. | 347-73 | 1/29/74 | 74-1117 | 12/5/80 D | OSC 1-16-74 |
| B-6 | Donald Bridgeman, et al. v. Holiday Magic, et al. HG-3/22 | D.D.C. | CA 5973-73 2233-73 | 4/29/74 | 74-1065 | 12/5/80 D | SCO 2/19/74 |
| B-7 | Donald Manigault v. Mind Dynamics Inc., et al. | S.D.N.Y. McMahon | 74 Civ 899 | 12/2/74 | 74-2632 | 1/26/81 R | SCO 7/11/74 |
| XYZ-5 | Allen Gerber v. Holiday Magic | N.D.Cal | 74-0052-LHB | | | July 4/11-13-80 2/80 | |
| XYZ-6 | Edward Connell v. Sam Olivo, et al | N.D.Cal | 73-2330-LHB | | | 12/5/80 | |
| XYZ-7 | James Calio v. Holiday Magic | N.D.Cal | 74-0156-LHB | | | 12/5/80 D | |
| B-8 | Richard A. Martin, et al. v. Holiday Magic, Inc. 1/16/75 | W.D. Mo. | 74CV601-W-1 | 2/3/75 | C 75-0351-LHB | 12/5/80 D | 13 |
| B-9 | Mel Behring, et al. v. Holiday Magic, Brazil, Inc., et al. 2/5/75 | N.D.Tex KXNN Hill | CA3-74-973-D | 2/24/75 | C 75-0470-HB | 1/26/81 R | |
| XYZ-8 | Joel R. Travers v. USA-Power And Light et al. Listed as AS-OP-151 | N.D.Cal. | C74-0772-LHB | | July 1976 Dito July 1977 | 12 9 38 38 | XY2 D closing pending |

Continuation

DOCKET NO. 124 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| | July 1980 — 12 TR/9 XV2/ 2 Dis / 19 Pdg. | | | | | | |
| | July 1981 — 12 TR/9 XV2/ 16 Dis /5 Renn/ 0 Pdg | | | | | | |
| | Docket Closed Jan 1981 | | | | | | |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 124 -- IN RE HOLIDAY MAGIC SECURITIES & ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | Roger W. Van Deusen, Esquire<br>Metzenbaum, Gaines, Finley & Stern<br>1700 Investment Plaza<br>1801 East 9th Street<br>Cleveland, Ohio  44114 | Theodore M. Mann, Esquire<br>413 Cleveland Athletic Club Bldg.<br>Cleveland, Ohio  44115 |
|  | David B. Gold, Esquire<br>105 Montgomery Street<br>Suite 1100<br>San Francisco, California  94104 |  |
| A-3 | James R. Dorsey, Esquire<br>O'Conner, Green, Thomas & Walters<br>845 North Western Bank Building<br>Minneapolis, Minnesota  55402 | Hvass, Weisman & King<br>715 Kargill Street<br>Minneapolis, Minnesota  55402 |
|  |  | Thomas Pinkham, Esquire<br>Dorsey, Marquart, Windhorst & West<br>2400 First National Bank Building<br>Minneapolis, Minnesota  55402 |
| A-2 | Belli, Ashe & Ellison<br>722 Montgomery Street<br>San Francisco, California | Sedgwick, Detert, Moran & Arnold<br>111 Pine Street<br>San Francisco, California |
| A-4 | Mordecai Rosenfeld, Esquire<br>233 Broadway<br>New York, New York  10007 | *Holiday Magic, Inc.*<br>Graham, McGoire, Campaign & McCarthy<br>500 Fifth Avenue<br>New York, New York  10036 |
| A-5 | Leland Stewart Beck, Esquire<br>288 Old Country Road<br>Mineola, New York  11501 | Daniel A. McCarthy, Esquire<br>500 Fifth Avenue<br>Manhattan, New York |

*Greater Pittsburgh Council*
*of Advising Magazine Inc.*
*Penn't Breckett*

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-6 | James H. Joseph, Esquire<br>Suite 508 Law & Finance Bldg.<br>Pittsburgh, Pennsylvania  15219<br><br>[MOVANT--412 - 281-8860] | Edward G. O'Connor, Esquire<br>Eckert, Seamans, Cherin & Mellott<br>10th Floor, Porter Building<br>Pittsburgh, Pennsylvania  15219<br>*Gary Papa & Perry Marshall*<br>Howard A. Specter, Esquire<br>Litman, Litman, Harris & Specter, P.A.<br>1320 Grant Building<br>Pittsburgh, Pennsylvania  15219 |
| B-1 | Hersh & Stupar<br>Michael P. Stupart, Esquire<br>633 W. Wisconsin Avenue<br>Milwaukee, Wisconsin 53103 | |
| B-2 | Leonard Fredrick, Esquire<br>Townley, Updike, Carter & Rodgers<br>220 East 42nd Street<br>New York, New York  10017 | H.M. DISTRIBUTORS TRAINING CENTER, INC.<br>350 Fifth Avenue<br>New York, New York |
| B-3 | Samuel E. Hirsch, Esquire<br>1612 400 East Randolph Street<br>Chicago, Illinois  60601 | COMBINED RETAIL SERVICES INTL., INC.<br>350 Fifth Ave.<br>New York, New York<br><br>~~WILLIAM PENN PATRICK~~<br>GEORGE STROUTHROPLOS<br>ROLAND R. NOCERA<br>STEPHEN BRIER<br>   350 Fifth Ave.<br>   New York, New York<br><br>Chicagoland Center<br>636 South Michigan Ave.<br>Chicago, Illinois<br><br>Keith Shamrock<br>Henry Kent<br>Ralph Neyland<br>John Carr<br>   c/o Chicagoland Center<br>   636 South Michigan Ave.<br>   Chicago, Illinois<br><br>Combined Distribution Centers<br>   International, Inc.<br>   616 Canal Street<br>   San Rafael, Calif.  94901 |

*returned not*
*delivered*

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 124 -- IN RE HOLIDAY MAGIC SECURITIES **AND** ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| B-4 | Charles Barnhill, Jr., Esq.<br>Davis, Miner, Barnhill & Bronner<br>22 East Huron Street<br>Chicago, Illinois  60611 | Holiday Magic, Inc.<br>U. S. Universal, Inc.<br>Holiday Magic Pty, Ltd. - Australia<br>Cosmetic Marketing Associates<br>Amalgamated Mediterranean Industries, Inc.<br>Holiday Magic, S.P.A. - Italy<br>Paul Skvaril<br>Harold Lipska<br>　David C. Phillips, Esquire<br>　Tuckman, Goldstein, & Phillips<br>　Bank of America Center<br>　555 California St.<br>　San Francisco, California  94104<br><br>Dorothy Van Beroldingen<br>　Arthur H. Barton, Esq.<br>　77 West Washington, St.<br>　Chicago, Illinois  60602<br><br>Samuel Taylor          Bernard Schoenberg<br>Robert Winokur<br>Robert M. Hammerman<br>Minot W. Tripp, Jr.<br>James W. Stopello<br>Leland H. Faust<br>Taylor, Winokur & Schoenberg<br>　Lord, Bissell & Brook<br>　135 South LaSalle St.<br>　Chicago, Illinois  60603<br><br>Holiday Magic, S.A. Mexico<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif.<br><br>William Penn Patrick Trust<br>c/o Harold Lipska<br>U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | Keith Shamrock<br>c/o Universal<br>616 Canal Street<br>San Rafael, Calif | Ed Scarpelli<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |
| | Fred Pape<br>1790 Palm Lane<br>Reno, Nevada | Peter A. Rosa<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |
| | Ralph Neyland<br>608 South Dearborn St.<br>Chicago, Illinois | Roland Norcera<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |
| | Donald Rosenbloom<br>921 Old Trail<br>Highland Park, Illinois | Andrew Berliner<br>c/o U. S. Universal<br>616 Canal St.<br>San Rafael, Calif. |
| | | Clarence Berliner<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |
| | | John T. Carr<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |
| | | Stanton Thames<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |
| | | Michael Harbury<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |
| | | Alfred Pangerl<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |
| | | James A. Hearn<br>c/o U. S. Universal<br>616 Canal Street<br>San Rafael, Calif. |

✓ Unable to serve.
returned to JPML

RPJPML (Rule 5(e) AttorneyList for B-5 (Liaison Counsel and Involved Counsel)

JPML FORM 2

ATTORNEY LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 124 -- IN RE HOLIDAY MAGIC SECURITIES AND ANTITRUST LITIGATION

James J. Ward, et al. v. Holiday Magic, Inc., et al.
N.D. California, C. A. No. C74-1067-LHB

JAMES J. WARD
George F. Galland, Jr., Esquire
Davis, Miner & Barnhill
14 West Erie Street
Chicago, Illinois  60610

H. Tim Hoffman, Esquire
1400 Tribune Tower
Oakland, Calif.  94612

HOLIDAY MAGIC CORPORATE DEFENDANTS
David C. Phillips, Esquire
Tuckman, Goldstein & Phillips
555 California Street, Suite 3180
San Francisco, Calif.  94104

TAYLOR, WINOKUR & SCHOENBERG
Richard C. Valentine, Esquire
Lord, Bissell & Brook
115 S. LaSalle St.
Chicago, Illinois  60603

Dale E. Fredericks, Esq.
Sedgwick, Detert, Moran & Arnold
111 Pine St., 11th Fl
San Francisco, Calif.  94111

SEC Consent Decree Special Counsel
Marvin G. Giometti, Esq.
44 Montgomery St.
Suite 2585
San Francisco, Calif.  94104

ROLAND NOCERA
W. O. Weissich, Esq.
1299 4th Street
San Rafael, Calif.  94901

Securities and Exchange Commission
Edward V. O'Gara, Esq.
Securities & Exchange Commission
450 Golden Gate
San Francisco, Calif.  94102

JOHN T. CARR
Nichols and Rose
2040 Avenue of the Stars
Suite 400
Los Angeles, Calif.  90067

MDL-124 LEAD COUNSEL
David B. Gold, Esquire
105 Montgomery St.
Suite 1100
San Francisco, Calif.  94104

JAMES HEARN
George Berger, Esquire
Berger & Katz
103 Park Avenue
New York, New York  10016

DONALD ROSENBLOOM
KEITH SHAMROCK
Bart Prom, Esquire
O'Gara & McGuire
Suite 950 Alcoa Bldg.
One Maritime Plaza
San Francisco, Calif.  94111

SAM OLIVO
Sam Olivo
465 California St.
San Francisco, Calif.  94104

DOROTHY VON BEROLDINGEN
Tower C. Snow, Jr., Esq.
Orrick, Herrington, Rowley
  & Sutcliffe
600 Montgomery St.
San Francisco, Calif.  94111

p. _____

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 124 -- IN RE HOLIDAY MAGIC SECURITIES AND ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| **PLAINTIFFS LEAD COUNSEL**<br>David B. Gold, Esq.<br>105 Montgomery Street<br>Suite 1100<br>San Francisco, California  94104 | Howard S. Specter, Esq.<br>Litman, Litman, Harris & Specter<br>1320 Grant Building<br>Pittsburgh, Penna.  15219 |
| LEONARD FREDRICK<br>Richard J. Barnes, Esq.<br>Townley, Updyke, Carter & Rodgers<br>220 East 42d Street<br>New York, New York  10017 | HOLIDAY MAGIC, INC.<br>U. S. UNIVERSAL, INC.<br>HOLIDAY MAGIC PTY., LTD.<br>AUSTRALIA, WILLIAM PENN PATRICK TRUST<br>  COSMETIC MARKETING ASSOCIATES<br>AMALGAMATED MEDITERRANEAN<br>  INDUSTRIES, INC.<br>HOLIDAY MAGIC, S.P.A., ITALY<br>PAUL KAVARIL<br>HAROLD LIPSKA |
| LORETTA BOHATY<br>~~Samuel E. Hirsch, Esquire~~<br>~~1612 East Randolph Street~~<br>~~Chicago, Illinois~~ | |
| | David C. Phillips, Esq.<br>Tuckman, Goldstein & Phillips<br>3 Embarcadero Center<br>San Francisco, California 94104 |
| JAMES J. WARD<br>Charles Barnhill, Jr., Esq.<br>Davis, Miner, Barnhill & Bronner<br>22 East Huron Street<br>Chicago, Illinois  60611 | |
| TERESA THOMAS<br>Stanley L. Feldstein, Esq.<br>Nachman, Felstein & Gelpi<br>P.O. Box 2407<br>Old San Juan, Puerto Rico  00903 | SAMUEL TAYLOR,<br>ROBERT M. WINOKUR<br>BERNARD SCHOENBERG<br>ROBERT M. HAMMERMAN<br>MINOT W. TRIPP, JR.<br>JAMES W. STOPELLO<br>LELAND H. FAUST |
| DONALD BRIDGEMAN<br>Benny L. Kass, Esquire<br>Boasberg, Hewes, Klores and Kass<br>1225 19th Street, N.W.<br>Washington, D. C. | Richard C. Valentine<br>Lord, Bissell & Brook<br>135 S. LaSalle St.<br>Chicago, Illinois  60603 |
| FRANK I. MARSHALL (A-6)<br>James H. Joseph, Esq.<br>Suite 508, Law & Finance Bldg.<br>Pittsburgh, PA | DOROTHY VAN BEROLDINGEN<br>MITCHELL L. LATHROP, ESQ.<br>MACDONALD, HALSTED & LAYBOURNE<br>1200 Wilshire Boulevard<br>Los Angeles, California  90017 |
| LORETTA BOHATY<br>Samuel E. Hirsch, Esq.<br>1612 East Randolph Street<br>Chicago, Illinois | |

p. _____

| Plaintiff | Defendant |
|---|---|
|  | DONALD ROSENBLOOM<br>Edward E. Yalowitz, Esq.<br>33 North LaSalle Street<br>Chicago, I-linois<br><br>HOLIDAY MAGIC, S.A. - MEXICO<br>JAMES HEARN<br>James Hearn, Esq.<br>2919 Grove Street (_____ returned_____)<br>Eustis, Florida<br><br>CLARICE BERLINER<br>James M. Kennedy<br>40 Mitchell Boulevard<br>San Rafael, Calif.<br><br>JOHN T. CARR<br>c/o U. S. Universal, Inc.<br>616 Canal Street<br>San Rafael, California<br><br>Mr. Sam Olive<br>465 California Street<br>San Francisco, California<br><br>Mr. Keith Shamrock<br>P.O. Box 1719<br>Eustis, Florida<br><br>**<br>Ed Scarpelli<br>Peter Rosa<br>Roland Nocera<br>Andrew Berliner<br>Stanton Thames<br>Michael Haburay<br>Alfred Pangerl<br>Fred Pape<br>Ralph Neyland<br><br>Baker & Woods<br>P.O. Box 10165<br>Santurce, Puerto Rico  00908<br><br><br>**Not served SCO returned<br>address not valid.<br><br>COMBINED RETAIL SERVICES, INTL.<br>616 Canal Street<br>San Rafael, Calif. |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 124 -- In re Holiday Magic Securities & Antitrust Litigation

| No. | Plaintiff | Defendant |
|---|---|---|
| | DONALD MANIGAULT (B-7)<br>  K. Scott Muldoon, Esquire<br>  Arthur, Dry & Kalish<br>  1230 Avenue of the Americas<br>  Rockefeller Center<br>  New York, New York  10020 | MIND DYNAMICS, INC.<br>U. S. UNIVERSAL, INC.<br>MIND DYNAMICS INTERNATIONAL, INC.<br>MIND DYNAMICS OF MANHATTAN<br>  Graham, Campaign & McCarthy<br>  500 Fifth Avenue<br>  New York, New York  10036 |
| | RICHARD A. MARTIN (B-8)<br>  Thaine O. Blumer, Esq.<br>  2010 Traders Nat'l Bank Bldg.<br>  Kansas City, Mo.  64106 | ROLAND R. NOCERA<br>ANDREW BERLINER<br>  Stanley R. Goldstein, Esquire<br>  575 Lexington Avenue<br>  New York, New York |
| | | ALEXANDER EVERETT<br>ROBERT WHITE<br>A. STEWART ESPOSITO<br>  George W. Fish, Esquire<br>  401 Broadway<br>  New York, New York |
| | | WILLIAM PENN PATRICK TRUST<br>  (See Lead Counsel for Defendants) |
| | MEL BEHRING   (B-9)<br>  David T. Lancaster, Esq.<br>  1000National Bankers Life Bldg.<br>  dallas, Texas  75201 | Paul B. Underkofler, Jr., Esq.<br>2001 Bryan Tower<br>Suite 2865<br>Dallas, Texas  75201 |
| | DANIEL THOMAS (B-10)<br>  J. William Stapleton, Esquire<br>  Bronson & Smith<br>  6750 75th<br>  Overland Park, Kansas  66204<br>  *not related* | |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     | GREATER PITTSBURGH COUNSEL OF HOLIDAY MAGIC, INC. BEN F. GAY, III XXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXX Edward G. O'Connor, Esq. Eckert, Seamans, Cherin & Mellott 10th Floor, Porter Building Pittsburgh, PA  15219 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 124 -- IN RE HOLIDAY MAGIC SECURITIES AND ANTITRUST LITIGATION

---

PLAINTIFFS LEAD COUNSEL
David B. Gold, Esq.
120 Montgomery Street
Suite 650
San Francisco, California 94104

FRANK I. MARSHALL, ET AL. (A-6)
James H. Joseph, Esq.
Joseph & Restauri
4970 U.S. Steel Building
Pittsburgh PA 15219

LEONARD FREDRICK (B-2)
Richard Barnes, Esq.
Townley, Updyke, Carter & Rodgers
220 East 42nd Street
New York, New York 10017

LORETTA BOHATY (B-3)
Samuel E. Hirsch, Esq.
1612 East Randolph Street
Chicago, Illinois

DONALD MANIGAULT (B-7)
K. Scott Muldoon, Esq.
Arthur, Dry & Kalish
1230 Avenue of the Americas
Rockefeller Center
New York, New York 10020

MEL BEHRING, ET AL. (B-9)
David T. Lancaster, Esq.
1000 National Bankers Life Bldg.
Dallas, Texas 75201

WILLIAM PENN PATRICK TRUST
HOLIDAY MAGIC, INC.
HAROLD LIPSKA
David C. Phillips, Esquire
Goldstein & Phillips
Three Embarcadero Center
San Francisco, Calif. 94111

ROLAND R. NOCERA
ANDREW BERLINER
Stanley R. Goldstein, Esq.
575 Lexington Avenue
New York, New York

GREATER PITTSBURGH COUNCIL OF
HOLIDAY MAGIC, INC.
BEN F. GAY, III
Edward G. O'Connor, Esq.
Eckert, Seamans, Cherin & Mellott
10th Floor, Porter Building
Pittsburgh, PA 15219

DORY POPA
PERRY MARSHALL
Howard S. Specter, Esq.
Litman, Litman, Harris & Specter
1320 Grant Building
Pittsburgh, PA 15219

H. M. DISTRIBUTORS TRAINING
CENTER, INC.
350 Fifth Avenue
New York, New York

COMBINED RETAIL SERVICES,
INTERNATIONAL
616 Canal Street
San Rafael, CA

GEORGE STROUTHROPLOS
350 Fifth Avenue
New York, New York

CHICAGOLAND CENTER
636 South Michigan Avenue
Chicago, Illinois

RALPH NEYLAND
Baker & Woods
P.O. Box 10165
Santurce, Puerto Rico 00908

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __124__ -- IN RE HOLIDAY MAGIC SECURITIES AND ANTITRUST LITIGATION

STEPHEN BRIER
KEITH SHAMROCK
HENRY KENT
JOHN CARR
COMBINED DISTRIBUTION CENTERS
 INTERNATIONAL, INC.
U. S. UNIVERSAL

   These defendants are believed
   to have been dismissed

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 124 -- IN RE HOLIDAY MAGIC SECURITIES & ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| William Penn Patrick | A-1; A-2; A-3; A-6 B-2 |
| Holiday Magic, Inc. | A-1; A-2; A-3; A-4; A-5; A-6 B-1 B-2 B-3 B-4 B-5 B-9 |
| John Hart | A-1; A-2 |
| Paul J. Skvaril | A-1 |
| William T. Brogan | A-1 |
| Thomas Donnelly | A-1 |
| Harold A. Lipska | A-1; A-2 B-9 |
| Roland R. Nosura | A-1; A-2 ; A-6 |
| Robert Cummings | A-1 |
| Stanley H. Taylor | A-1 |

p. __2__

| | |
|---|---|
| Marie Patrick | A-1; A-2 |
| Fred Pape | A-1 |
| Janet Gillespie | A-1 |
| Leadership Dynamics Institute, Inc. | A-2 |
| Ben F. Gay, III | A-2; A-6 |
| Marcia Gay | A-2 |
| William Neibel | A-2 |
| Elinora Neibel | A-2 |
| Sharroll Shumate | A-2 |
| Jerry Booz | A-2, |
| Vance E. Powell, Jr. | A-2 |

p. _3_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 124 ____ -- IN RE HOLIDAY MAIGC SECURITIES & ANTITRUST LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| GREATER PITTSBURGH COUNCIL OF HOLIDAY MAGIC, INC. | A-6 |
| DORY POPA | A-6 |
| PERRY MARSHALL | A-6 |
| H&M DISTRIBUTORS TRAINING CENTER, INC | B-2 |
| COMBINED RETAIL SVC. INTL., INC. | B-2 |
| GEORGE STROUTHROPOLOS | B-2 |
| ROLAND R. NOCERA | B-2  B-4 |
| STEPHEN BRIER | B-2 |
| CHICAGOLAND CENTER | B-3 |
| KEITH SHAMROCK | B-3  B-4 |

p. _4_

| | |
|---|---|
| HENRY KENT | B-3 |
| RALPH NEYLAND | B-3  B-4 |
| JOHN CARR | B-3  B-4 |
| COMBINED DISTRIBUTION CENTERS INTL. INC. | B-3 |
| U. S. Universal. | B-4  B-9  B-10 |
| Holiday Magic Pty Ltd | B-4 |
| Holiday Magic S.A Mexico | B-4 |
| Cosmetic Marketing Assn. | |
| Amalgamated Mediterranean Industries Inc. | |
| Holiday Magic S.P.A. Italy | |
| Sam Olivo, Executor (Wm. Penn Patrick) | |

p. 5

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Wm Penn Patrick Trust Fund | B-4   B-5 |
| Stanton Thames | B-4 |
| Paul Skvaril | |
| Alfred Pangerl | B-4 |
| Harold Lipska | B-4 |
| Andrew Berliner | B-4   C-9 |
| James A. Hearn | B-4 |
| Michael Harbury | B-4 |
| Fred Pape | B-4 |
| Ben Gay III | B-4 |
| Donald Rosenbloom | B-4 |
| Peter A. Rosa | B-4 |
| Ed Scarpelli | B-4 |
| Clarice Berliner | B-4 |
| Dorothy Beroldingen | B-4 |
| Samuel Taylor | B-4 |
| Robert M. Hammerman | B-4 |
| Minot W. Tripp Jr. | B-4 |
| James W. Stope-lo | B-4 |
| Leland H. Faust | B-4 |

p. __6__

| Name | Code |
|---|---|
| Robert Winokur | B-4 |
| Bernard Schoenberg | B-4 |
| Taylor Winokur & Schoenberg | B-4 |
| Dennis Gillens | B-5 |
| | B-5 |
| Nelson Dominguez | |
| Alex Hernandez | B-5 |